granted and the time is extended until the September 1959 Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

EDWARD COLIN, Appellant, v. NEW YORK STATE PAROLE BOARD, Respondent.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended to the September 1959 Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Herlihy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON TROCHE, Appellant.— Motion for an extension of time within which to perfect appeal granted and the time is extended until the September 1959 Term of this court. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of the Claim of THELMA NEEDLE, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 18, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of the Claim of MICHAEL D. YOUNG, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 18, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of the Claim of FRED E. BOYD, Appellant. ISADOR LUBIN, as Industrial Commissioner, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before May 18, 1959 and is ready for argument at the June Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FRANK PARKER, JR., Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended until the September 1959 Term of this court, provided an appeal has been timely taken. Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MARVIN CRAWFORD, Appellant.— Motion for an extension of time within which to perfect appeal. Motion granted and time is extended until the September 1959 Term of this court, provided an appeal has been timely taken. Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.

In the Matter of the Claim of GEORGE E. MOORE, Respondent, against FORD MOTOR COMPANY, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs, unless appellant perfects appeal, files note of issue, and files and serves record and brief on or before August 20, 1959 and is ready for argument at the September Term of this court, in which event the motion is denied. Present — Foster, P. J., Bergan, Coon, Gibson and Reynolds, JJ.